UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN SAVOY, | ) | CASE NO.  5:09CV958 |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| THE UNIVERSITY OF AKRON, | ) | **JUDGMENT ENTRY** |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the above captioned case is **DISMISSED** with each party to bear its own costs. Case closed.

Dated: October 16, 2009

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**

1